

**VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND**

JONATHAN L. BOOKER,

    Plaintiff,

v.                                            Case No.: CL20-878-3

                                                             JURY TRIAL DEMANDED

SYSCO CORPORATION,

        Serve:      Sysco Corporation
                          Corporation Service Company, Registered Agent
                          100 Shockoe Slip, FL 2
                          Richmond, VA 23219-4100
                          (City of Richmond)

THE SYGMA NETWORK, INC.,

        Serve:      The Sygma Network, Inc.
                          Corporation Service Company, Registered Agent
                          100 Shockoe Slip, FL 2
                          Richmond, VA 23219-4100
                          (City of Richmond)

THE SYGMA NETWORK OF PENNSYLVANIA, INC.,

        Serve:      The Sygma Network of Pennsylvania, Inc.
                          Beverley L. Crum, Esquire, Registered Agent
                          100 Shockoe Slip, FL 3
                          Richmond, VA 23219
                          (City of Richmond)

AND

CODY W. JONES,

        Serve:      c/o Kari Ellis
                          Office of the Secretary of the Commonwealth
                          Service of Process Department
                          1111 East Broad Street, 4th Floor
                          Richmond, VA 23219
                          (City of Richmond)

    Defendants.



## **COMPLAINT**

Plaintiff, by counsel, for his Complaint, moves for judgment against the Defendants, Sysco Corporation; The Sygma Network, Inc.; The Sygma Network of Pennsylvania, Inc. and Cody W. Jones, jointly and severally, in the amount set forth below:

1. Jonathan L. Booker ("Plaintiff") is a resident of Chesterfield County, Virginia.

2. Defendant Cody W. Jones ("Defendant Jones"), upon information and belief, is a resident of Shippensburg, Pennsylvania.

3. Defendant Sysco Corporation ("Defendant Sysco"), is a corporation organized pursuant to the laws of the State of Delaware with its principal office in Houston, Texas. Defendant Sygma regularly conducts business in the Richmond metropolitan area and its Registered Agent is located in the City of Richmond, Virginia.

4. Defendant The Sygma Network, Inc. ("Defendant Sygma") is a corporation organized pursuant to the laws of the State of Delaware with its principal office in Houston, Texas. Defendant Sygma regularly conducts business in the Richmond metropolitan area and its Registered Agent is located in the City of Richmond, Virginia.

5. Defendant The Sygma Network of Pennsylvania, Inc. ("Defendant Sygma PA") is a corporation organized pursuant to the laws of the State of Delaware with its principal office in Mechanicsburg, Pennsylvania. Defendant Sygma PA regularly conducts business in the Richmond metropolitan area and its Registered Agent is located in the City of Richmond, Virginia.

6. Defendant Sysco, Defendant Sygma and Defendant Sygma PA are herein collectively referred to as "Defendant Corporations".

7. Defendant Jones, at all material times, was an employee, statutory employee, and/or agent of Defendant Corporations and was acting within the scope of his employment and/or agency at the time of the crash that is the subject of this Complaint. Accordingly, Defendant Corporations are vicariously liable for the negligent and tortious conduct of Defendant Jones alleged herein.

8. On or about March 7, 2018, at approximately 1:00 p.m., Plaintiff, was operating a 2015 Kenworth pump truck, traveling in a westerly direction in the right hand lane, of Interstate 64, east of the Merrimac Trail exit, in York County, Virginia. Plaintiff had activated his flashing amber lights on the truck and his right turn signal; and his rear brake lights illuminated as he was slowing down in preparation for his stop on the right shoulder of the Interstate at a work zone, where his employer had contracted to perform storm drainage and pipe clearing work.

9. At all material times, Area Wide Protective was providing a mobile shoulder closure of the right shoulder at the work zone, which provided additional notice to drivers heading westbound to exercise caution in that area.

10. At that same time and place, Defendant Jones, was operating Defendant Corporations' 2014 Volvo tractor trailer traveling in a westerly direction in the right hand lane on Interstate 64, behind Plaintiff.

11. At all material times, Defendant Jones had a duty to operate Defendant Corporations' tractor trailer with reasonable care and due regard for others using the road, including but not limited to maintaining a safe distance behind other vehicles; maintaining a proper lookout; keeping the vehicle under proper control; operating the vehicle at a reasonable speed under the circumstances; operating the vehicle in a safe manner; in complying with all

applicable federal and state motor carrier regulations; and otherwise obeying all applicable rules of the road.

12. Notwithstanding these duties, Defendant Jones carelessly, recklessly and negligently, failed to slow down, or change lanes, and notwithstanding the notice to Defendant Jones, that Plaintiff was slowing down in preparation to stop and pull onto the shoulder, Defendant Jones crashed Defendant Corporations' tractor trailer into the rear of Plaintiff's vehicle, caused a violent crash, and pushed Plaintiff's vehicle through the guardrail, off the roadway, and into a pole, on the right hand side of the Interstate.

13. As a direct and proximate result of the negligence of the Defendants, Plaintiff was caused to sustain serious and permanent injuries; has suffered and will continue to suffer great pain of body and mind and inconvenience; has incurred and will continue to incur medical bills in an effort to be cured of said injuries; and has incurred and will continue to incur loss of income and loss of earning capacity.

WHEREFORE, Plaintiff prays for judgment against the Defendants, jointly and severally, in the amount of $17,500,000.00 in compensatory damages, together with pre-judgment and post-judgment interest thereon from March 7, 2018 until paid, his costs in this matter expended and such other relief that is just and proper under the circumstances.

**Trial by jury is demanded.**

JONATHAN L. BOOKER

By_____
Of Counsel

4

S. Geoffrey Glick, Esquire (VSB# 28800)
Joel D. Bieber, Esquire (VSB# 28319)
The Joel Bieber Firm
6806 Paragon Place, Suite 100
Richmond, VA 23230
(804) 358-2200
(804) 358-2262 (Facsimile)

**COVER SHEET FOR FILING CIVIL ACTIONS**
COMMONWEALTH OF VIRGINIA

Case No. ........................................
(CLERK'S OFFICE USE ONLY)

............... City of Richmond ............... Circuit Court

...... Jonathan L. Booker ...... v./In re: Sysco Corporation; The Sygma Network, Inc.; The Sygma
PLAINTIFF(S)                                                           DEFENDANT(S)
Network of Pennsylvania, Inc.; and Cody W. Jones

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Counterclaim
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
  [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[x] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

**ADMINISTRATIVE LAW**
[ ] Appeal/Judicial Review of Decision of (select one)
  [ ] ABC Board
  [ ] Board of Zoning
  [ ] Compensation Board
  [ ] DMV License Suspension
  [ ] Employee Grievance Decision
  [ ] Employment Commission
  [ ] Local Government
  [ ] Marine Resources Commission
  [ ] School Board
  [ ] Voter Registration
  [ ] Other Administrative Appeal

**DOMESTIC/FAMILY**
[ ] Adoption
  [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
  [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
  [ ] Complaint – Contested*
  [ ] Complaint – Uncontested*
  [ ] Counterclaim/Responsive Pleading
  [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
  [ ] Separate Maintenance Counterclaim

**WRITS**
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

**PROBATE/WILLS AND TRUSTS**
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
  [ ] Guardian/Conservator
  [ ] Standby Guardian/Conservator
  [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
  [ ] Impress/Declare/Create
  [ ] Reformation
[ ] Will (select one)
  [ ] Construe
  [ ] Contested

**MISCELLANEOUS**
[ ] Amend Death Certificate
[ ] Appointment (select one)
  [ ] Church Trustee
  [ ] Conservator of Peace
  [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
  [ ] Reinstatement pursuant to § 46.2-427
  [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
  [ ] Correct Erroneous State/Local
  [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

RECEIVED AND FILED
CIRCUIT COURT
FEB 20 2020
EDWARD F. JEWETT, CLERK
BY ..............  D.C.

[x] Damages in the amount of $ 17,500,000.00 are claimed.

02/20/2020
DATE         [ ] PLAINTIFF  [ ] DEFENDANT  [x] ATTORNEY FOR  [x] PLAINTIFF
                                                               [ ] DEFENDANT
S. Geoffrey Glick, Esquire
PRINT NAME
6806 Paragon Place, Suite 100, Richmond, VA 23230
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
(804) 358-2200
GGlick@joelbieber.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

## Civil Action Type Codes
### (Clerk's Office Use Only)

| | |
|---|---|
| Accounting | ACCT |
| Adoption | ADOP |
| Adoption – Foreign | FORA |
| Adult Protection | PROT |
| Aid and Guidance | AID |
| Amend Death Certificate | ADC |
| Annexation | ANEX |
| Annulment | ANUL |
| Annulment – Counterclaim/Responsive Pleading | ACRP |
| Appeal/Judicial Review | |
|     ABC Board | ABC |
|     Board of Zoning | ZONE |
|     Compensation Board | ACOM |
|     DMV License Suspension | JR |
|     Employment Commission | EMP |
|     Employment Grievance Decision | GRV |
|     Local Government | GOVT |
|     Marine Resources | MAR |
|     School Board | JR |
|     Voter Registration | AVOT |
|     Other Administrative Appeal | AAPL |
| Appointment | |
|     Conservator of Peace | COP |
|     Church Trustee | AOCT |
|     Custodian/Successor Custodian (UTMA) | UTMA |
|     Guardian/Conservator | APPT |
|     Marriage Celebrant | ROMC |
|     Standby Guardian/Conservator | STND |
| Approval of Transfer of Structured Settlement | SS |
| Asbestos Litigation | AL |
| Attachment | ATT |
| Bond Forfeiture Appeal | BFA |
| Child Abuse and Neglect – Unfounded Complaint | CAN |
| Civil Contempt | CCON |
| Claim Impleading Third Party Defendant – | |
|     Monetary Damages/No Monetary Damages | CTP |
| Complaint – (Miscellaneous) | COM |
| Compromise Settlement | COMP |
| Condemnation | COND |
| Confessed Judgment | CJ |
| Contract Action | CNTR |
| Contract Specific Performance | PERF |
| Counterclaim – Monetary Damages/No Monetary | |
|     Damages | CC |
| Cross Claim | CROS |
| Declaratory Judgment | DECL |
| Declare Death | DDTH |
| Detinue | DET |
| Divorce | |
|     Complaint – Contested/Uncontested | DIV |
|     Counterclaim/Responsive Pleading | DCRP |
|     Reinstatement – Custody/Visitation/Support/ | |
|     Equitable Distribution | CVS |
| Driving Privileges | |
|     Reinstatement pursuant to § 46.2-427 | DRIV |
|     Restoration – Habitual Offender or | |
|     3rd Offense | REST |
| Ejectment | EJET |
| Encumber/Sell Real Estate | RE |
| Enforce Vendor's Lien | VEND |
| Escheatment | ESC |
| Establish Boundaries | ESTB |
| Expungement | XPUN |
| Forfeiture of Property or Money | FORF |
| Freedom of Information | FOI |
| Garnishment | GARN |
| Injunction | INJ |
| Intentional Tort | ITOR |
| Interdiction | INTD |
| Interpleader | INTP |
| Interrogatory | INTR |
| Judgment Lien – Bill to Enforce | LIEN |
| Landlord/Tenant | LT |
| Law Enforcement/Public Official Petition | LEP |
| Mechanics Lien | MECH |
| Medical Malpractice | MED |
| Motor Vehicle Tort | MV |
| Name Change | NC |
| Other General Tort Liability | GTOR |
| Partition | PART |
| Permit, Unconstitutional Grant/Denial by Locality | LUC |
| Petition – (Miscellaneous) | PET |
| Product Liability | PROD |
| Quiet Title | QT |
| Referendum Elections | ELEC |
| Reinstatement (Other than divorce or driving | |
|     privileges) | REIN |
| Removal of Case to Federal Court | REM |
| Restore Firearms Rights – Felony | RFRF |
| Restore Firearms Rights – Review | RFRR |
| Separate Maintenance | SEP |
| Separate Maintenance – Counterclaim/Responsive | |
|     Pleading | SCRP |
| Sever Order | SEVR |
| Sex Change | COS |
| Taxes | |
|     Correct Erroneous State/Local | CTAX |
|     Delinquent | DTAX |
| Termination of Mineral Rights | MIN |
| Trust – Impress/Declare/Create | TRST |
| Trust – Reformation | REFT |
| Uniform Foreign Country Money Judgments | RFCJ |
| Unlawful Detainer | UD |
| Vehicle Confiscation | VEH |
| Voting Rights – Restoration | VOTE |
| Will Construction | CNST |
| Will Contested | WILL |
| Writs | |
|     Certiorari | WC |
|     Habeas Corpus | WHC |
|     Mandamus | WM |
|     Prohibition | WP |
|     Quo Warranto | WQW |
| Wrongful Death | WD |

# THE JOEL BIEBER FIRM
## ATTORNEYS AND COUNSELORS AT LAW

Andrew J. Adams *
John D. Ayers *
Joel D. Bieber *◆
Scott J. Bradley ◆■★
Michael B. Eller ◆■
Andrea J. Geiger *
S. Geoffrey Glick *◇◆
Jason M. Hart *
Jonathan A. Hogins *
Robert K. Jenner ●✧★▲
Thomas M. Konvicka *
Steven L. Lauer *

Lisa S. Lee ★▲
Jenny E. Mattingley *
Joseph T. McFadden, Jr.*✧
J. Miles Morgan *✦
Gregory T. O'Halloran *
Robert L. Peresich *✧
Joseph J. Perez *✧
Paul C. Rathke ◆■✧
Caitlin P. St. Clair *
Kevin D. Sharp *
Trenita J. Stewart *
Richard W. Zahn, Jr. *

LICENSED TO PRACTICE IN:
*VA  ✧NC  ◆SC  ■GA  ★LA  ✧DC  ✦WV  ●MD  ★MA  ▲NJ
▲of Counsel

February 20, 2020



**VIA HAND DELIVERY:**
Edward F. Jewett, Clerk
City of Richmond Circuit Court
John Marshall Courts Building
Law Division
400 North Ninth Street
Richmond, VA 23219

RE:  Jonathan L. Booker v. Sysco Corporation, The Sygma Network, Inc., The Sygma Network of Pennsylvania, Inc. and Cody W. Jones

Dear Mr. Jewett:

Enclosed for filing are the Civil Cover Sheet, the original Complaint, and our Firm's check for $346.00 for the filing fee in the above referenced matter.

I *am not* requesting service at this time. We will forward service copies of the Complaint, Discovery, and instructions regarding service at a later date.

Also enclosed is a copy of the Complaint to be retained for my records. Please date-stamp this copy as "Filed" and return it to me in the prepaid, self-addressed envelope provided.

Thank you for your assistance. If you have any questions, please call me.

Sincerely,

S. Geoffrey Glick

SGG/awa
enclosures
cc:  Jonathan L. Booker

6806 Paragon Place, Suite 100, Richmond, VA 23230 | 804.800.8000 (P) 804.358.2262 (F) | JoelBieber.com | Offices in Virginia, South Carolina, & West Virginia